of Appeals for the Ninth Circuit denied. *Messrs. Charles A. Beardsley* and *W. Reginald Jones* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Littell* for the United States.

No. 1101. NEAL *v.* MARYLAND. May 4, 1942. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Mr. Eldridge Hood Young* for petitioner.

No. 709. HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* KAY MANUFACTURING CORP. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Fahy* for petitioner.

No. 1142. GOODALE *v.* CAMPBELL ET AL. May 11, 1942. Petition for writ of certiorari to the Supreme Court of Michigan, and motion for leave to proceed further *in forma pauperis,* denied. *Hazel Frances Goodale, pro se. Mr. Harry C. Howard* for respondents.

No. 1111. PIGNATELLI *v.* UNITED STATES. May 11, 1942. The motion to proceed on typewritten papers is granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Emmet L. Holbrook* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 1116. UNITED STATES EX REL. MCDERMOTT *v.* JAEGER, U. S. MARSHAL. May 11, 1942. Petition for writ